**Thomas Freedman** (OSB No. 080697) thomas@prllaw.com
**Pearl Law LLC**
610 SW Alder Street, Suite 1100
Portland, OR  97205
(503) 295-6296
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| JOSHUA LEE CROCKER,<br><br>        *Plaintiff*,<br><br>  -against-<br><br>CITY OF PORTLAND; OFC. WILLIAM CONGDON; OFC. ADAM SPEER; SGT. JAMES MOONEY; SGT. CHRISTOPHER GJOVIK; OFC. DAVID ARNOLD; OFC. DEANDRE AMOS; OFC. HEIDI KREIS; OFC. CHAD STEINER; OFC. SCOTT JUNGLING; OFC. MATTHEW BROWN; OFC. STEPHEN JACK; OFC. JUSTIN RAPHAEL; OFC. DEWEY MADISON; and OFC. ZACHARY DELONG;<br><br>        *Defendants*. | Case No. 18-cv-47<br><br>**COMPLAINT**<br><br>**Jury Trial Demanded** |

Plaintiff, as and for his complaint, alleges as follows:

**NATURE OF THE ACTION**

1. Defendant police officers subjected plaintiff to unnecessary and excessive force during an arrest.

2. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 to recover monetary damages for deprivation of his constitutional rights as guaranteed by the Fourth and Fourteenth Amendments, as well as a common law claims for assault and battery, and attorney's fees

**Thomas Freedman, OSB No. 080697**
PEARL LAW LLC
610 SW Alder St 800, Portland, OR  97205
503.295.6296 | thomas@prllaw.com

Page **1** of **6**
Complaint

pursuant to 42 U.S.C. § 1988.

## THE PARTIES

3.      Plaintiff is a natural person and a resident of the state of Oregon.

4.      Defendant City of Portland is a city located in Oregon.

5.      Defendant William Congdon is a natural person and a resident of Oregon.  At all relevant times, defendant Congdon was an officer with the Portland Police Bureau ("PPB"), and was acting under color of state law.

6.      Defendant Adam Speer is a natural person and a resident of Oregon.  At all relevant times, defendant Speer was an officer with PPB, and was acting under color of state law.

7.      Defendant James Mooney is a natural person and a resident of Oregon.  At all relevant times, defendant Mooney was a sergeant with PPB, and was acting under color of state law.

8.      Defendant Christopher Gjovik is a natural person and a resident of Oregon.  At all relevant times, defendant Gjovik was a sergeant with PPB, and was acting under color of state law.

9.      Defendant David Arnold is a natural person and a resident of Oregon.  At all relevant times, defendant Arnold was an officer with PPB, and was acting under color of state law.

10.      Defendant DeAndre Amos is a natural person and a resident of Oregon.  At all relevant times, defendant Amos was an officer with PPB, and was acting under color of state law.

11.      Defendant Heidi Kreis is a natural person and a resident of Oregon.  At all

**Thomas Freedman, OSB No. 080697**
PEARL LAW LLC
610 SW Alder St 800, Portland, OR  97205
503.295.6296 | thomas@prllaw.com

relevant times, defendant Kreis was an officer with PPB, and was acting under color of state law.

12.    Defendant Chad Steiner is a natural person and a resident of Oregon.  At all relevant times, defendant Steiner was an officer with PPB, and was acting under color of state law.

13.    Defendant Scott Jungling is a natural person and a resident of Oregon.  At all relevant times, defendant Jungling was an officer with PPB, and was acting under color of state law.

14.    Defendant Matthew Brown is a natural person and a resident of Oregon.  At all relevant times, defendant Brown was an officer with PPB, and was acting under color of state law.

15.    Defendant Stephen Jack is a natural person and a resident of Oregon.  At all relevant times, defendant Jack was an officer with PPB, and was acting under color of state law.

16.    Defendant Justin Raphael is a natural person and a resident of Oregon.  At all relevant times, defendant Raphael was an officer with PPB, and was acting under color of state law.

17.    Defendant Dewey Madison is a natural person and a resident of Oregon.  At all relevant times, defendant Madison was an officer with PPB, and was acting under color of state law.

18.    Defendant Zachary Delong is a natural person and a resident of Oregon.  At all relevant times, defendant Delong was an officer with PPB, and was acting under color of state law.

19.    The defendant police officers in paragraphs 5-19 are collectively referred to as

**Thomas Freedman, OSB No. 080697**
PEARL LAW LLC
610 SW Alder St 800, Portland, OR  97205
503.295.6296 | thomas@prllaw.com

Page **3** of **6**
Complaint

the "Individual Defendants."

## JURISDICTION & VENUE

20.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343 because this action seeks to redress the deprivation, under color of state law, of rights under the Fourth and Fourteenth Amendments secured by the United States Constitution and the Federal Civil Rights Act, 42 U.S.C. § 1983.

21.     This Court also has subject matter jurisdiction over the state law claims pursuant to 28 U.S.C. 1367(a) because the 42 U.S.C. § 1983 violations and tort liability for the state law claims arise from a common nucleus of operative facts.

22.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

23.     Plaintiff has complied with all applicable notice and statutory requirements of the Oregon Tort Claims Act.

## FACTUAL ALLEGATIONS

24.     On January 10, 2016, defendants Congdon, Speer and other Individual Defendants arrested plaintiff at or near SE 143rd Avenue and SE Mills in Portland, Oregon.

25.     During the arrest, Congdon, Speer and other Individual Defendants used unnecessary, excessive and unreasonable force against plaintiff.

26.     Among other things, Congdon, Speer and other Individual Defendants beat, punched, kicked, tackled and kneed plaintiff, subjected him to pepper spray, and engaged in other acts of force, violence and intimidation against plaintiff.

27.     As a direct, proximate and foreseeable result of Congdon's, Speer's and other Individual Defendants' unlawful conduct, plaintiff suffered deprivation of his constitutional rights, injury, harm, pain and suffering, and compensable economic and noneconomic damages.

**Thomas Freedman, OSB No. 080697**
PEARL LAW LLC
610 SW Alder St 800, Portland, OR  97205
503.295.6296 | thomas@prllaw.com

Page **4** of **6**
Complaint

28.    At all relevant times, defendants' conduct was malicious, willful, wanton, egregious and/or reckless.

## FIRST CAUSE OF ACTION
### (42 U.S.C. § 1983 – Excessive Force – 4th Amendment)
### (Against the Individual Defendants, in Their Individual Capacity)

29.    Plaintiff restates and realleges the allegations contained in the preceding paragraphs and incorporates the same by reference as if fully set forth herein.

30.    As set forth with particularity above, the Individual Defendants used excessive and unreasonable force under the circumstances against plaintiff in violation of his 4th Amendment rights to be secure in his person.

31.    As a direct, proximate and foreseeable result of the Individual Defendant's conduct, plaintiff suffered deprivation of his constitutional rights, injuries, harm, pain and suffering, and compensable economic and noneconomic damages.

32.    The Individual Defendants' conduct was malicious, willful, wanton, reckless and/or egregious.

## SECOND CAUSE OF ACTION
### (Assault and Battery – Common Law)
### (Against City of Portland)

33.    Plaintiff restates and realleges the allegations contained in the preceding paragraphs and incorporates the same by reference as if fully set forth herein.

34.    Defendants engaged in intentional attempts to do violence to the person of plaintiff, coupled with the present ability to carry the intentions into effect.

35.    Defendants engaged in voluntary acts that caused intentionally harmful and offensive contact with plaintiff, including beating, punching, hitting, kicking, tackling and kneeing plaintiff, subjecting him to pepper spray, and other acts of force, violence and

**Thomas Freedman, OSB No. 080697**
PEARL LAW LLC
610 SW Alder St 800, Portland, OR  97205
503.295.6296 | thomas@prllaw.com

Page **5** of **6**
Complaint

intimidation.

36.     As a direct, proximate and foreseeable result of defendants' conduct, plaintiff suffered deprivation of his constitutional rights, injury, harm, pain and suffering, and compensable economic and noneconomic damages.

## JURY DEMAND

37.     Plaintiff demands a trial by jury on all claims so triable.

**WHEREFORE**, plaintiff demands judgment against defendants as follows:

(i)     on plaintiff's first cause of action, awarding plaintiff compensatory damages in an amount to be determined at trial of no less than $500,000;

(ii)    on plaintiff's first cause of action, awarding plaintiff punitive damages in an amount to be determined at trial;

(iii)   on plaintiff's first cause of action, awarding plaintiff his reasonable attorney's fees pursuant to 42 U.S.C. § 1988;

(iv)    on plaintiff's second cause of action, awarding plaintiff general and special damages in amounts to be determined at trial to the fullest extent permitted under the Oregon Tort Claims Act;

(v)     on all causes of action, awarding plaintiff his costs, disbursements, prevailing party fees, enhanced prevailing party fees, reasonable attorney's fees, and statutory interest to the fullest extent permitted by applicable law; and

(vi)    for such other and further relief as the Court may deem just, equitable and proper.

Dated: January 8, 2018

PEARL LAW LLC


By:  /s/ Thomas Freedman
        **Thomas Freedman**
        OSB No. 080697
        *Attorney for Plaintiff*


Thomas Freedman, OSB No. 080697
PEARL LAW LLC
610 SW Alder St 800, Portland, OR  97205
503.295.6296 | thomas@prllaw.com

Page **6** of **6**
Complaint